DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JONATHAN ANTHONY MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:12-cr-0233 LJO-SKO |
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
| v. | ) CONFERENCE; ORDER THEREON |
| JONATHAN ANTHONY MEZA, | ) Date:  September 17, 2012 |
| RAMON MANJARREZ DEL VAAL | ) Time:  1:00 p.m. |
| Defendants. | ) Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Karen A. Escobar, Counsel for Plaintiff, Assistant Federal Defender Peggy Sasso, Counsel for Defendant Jonathan Anthony Meza, and Harry M. Drandell, Counsel for Defendant Ramon Manjarrez Del Vaal, that the status conference currently set for August 6, 2012, may be **continued to September 17, 2012 at 1:00 p.m.**

Initial discovery has been produced by the government.  The requested continuance is to allow the parties time for investigation and initial plea discussions.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                                          BENJAMIN B. WAGNER
United States Attorney

DATED: August 2, 2012    By:    */s/ Karen A. Escobar*
                                                KAREN A. ESCOBAR
Assistant United States Attorney
Counsel for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 2, 2012    By:    */s/ Peggy Sasso*
                                                PEGGY SASSO
Assistant Federal Defenders
Attorney for Defendant
JONATHAN ANTHONY MEZA

DATED: August 2, 2012    By:    */s/ Harry M. Drandell*
                                                HARRY M. DRANDELL
Attorney for Defendant
RAMON MANJARREZ DEL VAAL

**ORDER**

IT IS SO ORDERED.

**Dated:   August 2, 2012**        /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE